1  Lawrence A. Organ (SBN 175503)
   Allison J. Stone (SBN 251390)
2  Law Offices of Lawrence A. Organ
   404 San Anselmo Avenue
3  San Anselmo, California 94960
   tel. 415-302-2901
4  fax 415-453-2829

5  Attorney for PLAINTIFFS LESTER RAND AND JAMES CLARK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LESTER RAND and JAMES CLARK, | Case No.  080553 JL
   | individuals,                 |
12 |                              | **DEMAND FOR JURY TRIAL**
13 |              Plaintiffs,      |
14 |          v.                   |
15 | GENERAL DYNAMICS              |
   | CORPORATION a corporation;   |
   | GENERAL DYNAMICS             |
16 | INFORMATION TECHNOLOGY, INC.,|
   | a corporation; AT&T INC., a corporation,
17 | AT&T MOBILITY LLC, a corporation.
18 |              Defendants.       |

19

20 **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

21      Plaintiffs hereby formally request a jury trial pursuant to the Seventh Amendment of the

22 United States Constitution, and Federal Rules of Civil Procedure 38 and 39.

23

24

25 Respectfully submitted,

26 Date: January 30, 2008           By:_____

27                                  Lawrence A. Organ
                                    LAW OFFICES OF LAWRENCE A. ORGAN
28                                  Attorney for Plaintiff