UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lester Rand and James Clark

Plaintiff(s),

v.

General Dynamics Corporation; General Dynamics Information Technology, Inc.; AT&T. Inc.: AT&T Mobility LLC
Defendant(s).

No. C V 08-0553 JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 20, 2008

Signature

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")