Lawrence A. Organ (SBN 175503)
Allison J. Stone (SBN 251390)
Law Offices of Lawrence A. Organ
404 San Anselmo Avenue
San Anselmo, California 94960
tel. 415-302-2901
fax 415-453-2829

Attorney for PLAINTIFFS LESTER RAND AND JAMES CLARK

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LESTER RAND and JAMES CLARK, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION a corporation; GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., a corporation; AT&T INC., a corporation, AT&T MOBILITY LLC, a corporation.<br><br>Defendants. | Case No. 080553 JL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)** |
|---|---|

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiffs hereby give notice that they dismiss their federal case, Case No. 080553 JL, without prejudice under Federal Rule of Civil Procedure 41(a)(1) as to all parties and causes of action.

Respectfully submitted,

Date: March 11, 2008            By: *Allison Stone*
                                Allison J. Stone
                                LAW OFFICES OF LAWRENCE A. ORGAN
                                Attorney for Plaintiffs